# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 5:20-cv-01728-VBF (SP) | Date | June 28, 2021 |
|---|---|---|---|
| Title | RAYMOND SANCHEZ v. RIVERSIDE COUNTY SHERIFF DEPARTMENT | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Attorneys Present for Defendant:

None Present    None Present

**Proceedings:** **(In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute**

On August 25, 2020, plaintiff Raymond Sanchez, a California prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On September 8, 2020, the court issued an Initial Civil Rights Case Order, advising plaintiff that the court was screening the complaint and that further directions would follow. In paragraph 8 of that same Order, the court also instructed plaintiff that "plaintiff must <u>immediately</u> notify the court (and defendants or defendants' attorneys) of any change in plaintiff's address and the effective date. If plaintiff fails to keep the court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6, which states as follows:

> If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Defendant answered the complaint in January 2021, and has been engaged in discovery. Defendant filed a motion to compel on May 25, 2021, stating plaintiff entirely failed to respond to discovery requests. Plaintiff's response to the motion to compel was due on June 18, 2021, but to date the court has received no response from plaintiff. The court set the June 18 deadline in a May 28 order, but the copy of that order mailed to plaintiff at his address of record – the Larry D. Smith Correctional Facility in Banning – was returned to the court as undeliverable on June 16, 2021, with an indication plaintiff is not in custody. The California Department of Corrections and Rehabilitation's online Inmate Locator indicates plaintiff is now incarcerated at Ironwood State Prison.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-cv-01728-VBF (SP) | Date | June 28, 2021 |
|---|---|---|---|
| Title | RAYMOND SANCHEZ v. RIVERSIDE COUNTY SHERIFF DEPARTMENT | | |

It therefore appears that plaintiff has failed to follow the court's Order to immediately notify the court of a change of address. Plaintiff's failure to comply with the court's Order, and failure to comply with Local Rule 41-6, renders this action subject to dismissal for failure to comply with a court order and failure to prosecute.

Accordingly, within 14 days of the date of this Order, that is, by **July 12, 2021**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff may discharge this Order to Show Cause by filing a notice updating his address of record on or before July 12, 2021. In this one instance, the court will mail a copy of this order to plaintiff at what it believes is his current address at Ironwood State Prison, in addition to his address of record. In the future, however, the court will only send copies to plaintiff at his address of record, and therefore plaintiff must update his address of record if he wishes to continue litigating this case.

Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice.

cc:    Raymond Sanchez
       CDCR # BN5456
       Ironwood State Prison
       P.O. Box 2199
       Blythe, CA 92226