# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIVERSIDE COUNTY SHERIFF DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 5:20-cv-1728-VBF (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendant's motion to dismiss (docket no. 28) is granted, and Judgment will be entered dismissing the Complaint and this action without prejudice.

DATED: May 23, 2022　　　　　　　　　/s/ Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　————————————————
　　　　　　　　　　　　　　　　　　　HON. VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　Senior UNITED STATES DISTRICT JUDGE