1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SANCHEZ, <br> Plaintiff, <br> v. <br> RIVERSIDE COUNTY SHERIFF DEPARTMENT, et al., <br> Defendants. | Case No. 5:20-cv-1728-VBF (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: May 23, 2022          /s/ Valerie Baker Fairbank

_____

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE